[Nos. 15723-3-II; 15747-1-II.  Division Two.  September 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN
OSCAR BONDS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. DIAMOND
LAURICE BOYD, *Appellant.*

Appeals from judgments of the Superior Court for Pierce
County, Nos. 91-1-02766-0, 91-1-02767-8, Frederick B. Hayes,
J., entered January 21, 1992. *Reversed* as to Bonds; *affirmed*
as to Boyd by unpublished opinion per Houghton, J., con-
curred in by Morgan, C.J., and Seinfeld, J.

[No. 16297-1-II.  Division Two.  September 8, 1994.]

*In the Matter of the Marriage of* HERBERT WILLIAM
HALL, *Appellant, and* SALLY DEE HALL, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82-3-03915-1, Arthur W. Verharen, J., entered
June 26, 1992. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 15242-8-II.  Division Two.  September 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J.
TASH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 91-1-00148-9, Leonard W. Kruse, J., entered
August 8, 1991. *Affirmed* by unpublished opinion per Alex-
ander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.